UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONNA VON SONN,<br><br>        Plaintiff,<br><br>   v.<br><br>BARRIE M. ROBINSON,<br>LARRY MALONEY, RAYTHEON<br>BARGAINING RETIREMENT<br>PLAN AND DOES 3 THROUGH<br>50, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 13-00849-VAP<br>(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 4, 2013

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge