UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONNA VON SONN,<br><br>        Plaintiff,<br><br>    v.<br><br>BARRIE M. ROBINSON, LARRY MALONEY, RAYTHEON BARGAINING RETIREMENT PLAN AND DOES 3 THROUGH 50, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 13-00849-VAP (DTBx)<br><br>**AMENDED JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's **claims against Defendant Raytheon Bargaining Retirement Plan are** DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 18, 2013

                                              VIRGINIA A. PHILLIPS
                                        United States District Judge